# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Advanced Logistics Consulting, Inc., | Civil No. 09-720 (RHK/JJG) |
| Plaintiff, | **ORDER** |
| v. | |
| C. Enyeart LLC, *et al.*, | |
| Defendants. | |

---

Having reviewed the briefs of the parties, the Court has concluded that oral arguments would not be of material assistance in resolving the pending Motion to transfer venue or dismiss the action. Accordingly, the June 17, 2009 hearing is **CANCELED** and the matter is deemed submitted as of June 17th for decision upon the written submissions of the parties.

Dated: June 12, 2009

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
