# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Advanced Logistics Consulting, Inc.,           Civil No. 09-720 (RHK/JJG)

          Plaintiff,                          **ORDER**

v.

C. Enyeart LLC, *et al.*,

          Defendants.

---

The venue issue now having been resolved, it is the court's view that the parties should enter into serious settlement discussions prior to the commencement of discovery. To that end, the matter is referred to Magistrate Judge Jeanne J. Graham for a settlement conference at such time, location, and under such conditions as Judge Graham directs.

Dated: June 17, 2009

                                                         s/Richard H. Kyle
                                                         RICHARD H. KYLE
                                                         United States District Judge