# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Advanced Logistics Consulting, Inc. a Minnesota corporation, | Civil No. 09-720 (RHK/JJG |
| Plaintiff, | **ORDER** |
| vs. | |
| C. Enyeart LLC, a Colorado limited liability company, KMA Consulting, Inc., a Colorado corporation, Dave Descombes Inc., a Colorado corporation, and Chris Enyeart, Dave Descombes, and Kirk Anderson, individually,.ONSULTING, | |
| Defendants. | |

_____

Pursuant to the parties' Stipulation (Doc. No. 42), **IT IS ORDERED** that Defendants' pending Motion for Judgment on the Pleadings is **WITHDRAWN**, and that the above-captioned action, including all claims and counterclaims that the parties asserted or could have asserted, is **DISMISSED WITH PREJUDICE** and on the merits pursuant to Fed. R. Civ. P. 41(a)(1)(A), with all parties to bear their own fees and costs.

The Court retains jurisdiction to enforce the confidentiality provisions of the parties' Settlement Agreement.

Dated:  September 8, 2009

                                                                    s/Richard H. Kyle
                                                                    RICHARD H. KYLE
                                                                    United States District Judge